

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-14-00758-CV

John A. **LANCE,** Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON**, Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellants' reply brief was due on August 4, 2015. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellants filed an unopposed first motion for an extension of time to file the reply brief until August 28, 2015.

Appellants' motion is GRANTED. Appellants' reply brief must be filed in this court by August 28, 2015. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court